

**HON. SYLVIA O. HINDS-RADIX**
*Corporation Counsel*

T**HE** C**ITY OF** N**EW** Y**ORK**
L**AW** D**EPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**Min Kyung Cho**
phone: 212-356-0872
email: mcho@law.nyc.gov

May 24, 2022

**BY ECF**
Honorable Stewart D. Aaron
United States Magistrate Judge
Southern District of New York
500 Pearl Street, Room 1970
New York, New York 10007

Application GRANTED. SO ORDERED.

Dated: May 25, 2022

Re:  *J.L., et al.  v. New York City Dep't of Educ.*, 22-CV-0277 (GHW)(SDA)

Dear Judge Aaron:

      I am an Assistant Corporation Counsel in the Office of Honorable Sylvia O. Hinds-Radix, Corporation Counsel of the City of New York, assigned to represent the New York City Department of Education (hereinafter "DOE"), in the above-referenced matter, wherein Plaintiffs seek, *inter alia*, enforcement of administrative orders and attorneys' fees incurred in the administrative proceeding under the Individuals with Disabilities Education Act, 20 U.S.C. § 1400, *et seq*.  I write jointly with Plaintiffs' counsel to respectfully request that the Court adjourn the conference scheduled for May 31, 2022 *sine die*.

      At this time, the parties are waiting for Defendant to obtain settlement authority from the Office of the Comptroller but are optimistic that this matter will be resolved through settlement and anticipate beginning settlement negotiations in short order.  As with many similar IDEA fees cases with Ratcliff Law, PLLC, the parties are hopeful that they will settle this matter without the need for Court intervention.  Accordingly, Defendant respectfully requests to adjourn the conference scheduled for May 31, 2022 *sine die* and proposes to instead submit a joint status letter by June 24, 2022, to update the Court on the parties' progress towards a resolution.

      This is Defendant's first request to adjourn the court conference *sine die*.  Jennifer Ratcliff, Esq., counsel for Plaintiffs, joins in the proposed request.

Thank you for your consideration of this request.

                     Respectfully,

                     <u>  /s/ Min Kyung Cho  </u>
                     Min Kyung Cho
                     Assistant Corporation Counsel

cc:  Jennifer Ratcliff, Esq.
   Ratcliff Law, PLLC
   *Attorney for Plaintiffs*
   (VIA ECF)